**FILED**
United States District Court
Western District of Arkansas
November 20 2026
Office of the Clerk

# UNITED STATES DISTRICT COURT

Western District of Arkansas

UNITED STATES OF AMERICA
v.

ALAN ALBERTO MALDONADO-DOMINGUEZ

**Judgment in a Criminal Case**
(For **Revocation** of Probation or Supervised Release)

Case No. 5:22CR50046-001
USM No. 33233-171

Joe Alfaro
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violations Two (2) and Three (3) of the term of supervision.

☐ was found in violation of condition(s) count(s) ______ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | Mandatory Condition No. 1: New Law Violation | 07/06/2025 |
| 3 | Mandatory Condition No. 1: New Law Violation | 05/10/2026 |

The defendant is sentenced as provided on page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant denied guilt to Violation One (1) , and it was dismissed by the Court without prejudice.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 6236

Defendant's Year of Birth: 1999

City and State of Defendant's Residence:
Rogers, Arkansas

November 18, 2026
Date of Imposition of Judgment

[signature]
Signature of Judge

Honorable Timothy L. Brooks, Chief U.S. District Judge
Name and Title of Judge

November 20, 2026
Date

DEFENDANT: ALAN ALBERTO MALDONADO-DOMINGUEZ
CASE NUMBER: 5:22CR50046-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: **four (4) months, with credit for time served since September 11, 2026. There will be no term of supervised release to follow.**

☒ The court makes the following recommendations to the Bureau of Prisons:

**That the defendant be allowed to serve his remaining time at the local detention facility. However, to the extent that the defendant is not allowed to complete his sentence locally, that he be designated to a facility as close as possible to San Diego, California, to be close to family.**

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

- ☐ at ______ ☐ a.m. ☐ p.m. on ______ .
- ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

- ☐ before 2 p.m. on ______ .
- ☐ as notified by the United States Marshal.
- ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on ______ to ______

at ______ with a certified copy of this judgment.

UNITED STATES MARSHAL

By ______
DEPUTY UNITED STATES MARSHAL